**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 443 EAL 2015
                                                   :
               Respondent           :
                                                   :    Petition for Allowance of Appeal from
                                                   :    the Order of the Superior Court
                    v.                        :
                                                   :
                                                   :
TYRON DIXON-TILDON,             :
                                                   :
               Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

      Mr. Justice Eakin did not participate in the decision of this matter.